IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER CREESE,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:17-cv-00048-PLM-PJG |
| | § | |
| **TRANSWORLD SYSTEMS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Transworld Systems, Inc. ("TSI"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that TSI and Plaintiff have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, TSI and Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Robert G. Knirsch
Robert G. Knirsch, Esq.
OH Bar No. 0080770
Sessions, Fishman, Nathan & Israel, LLC
2647 Eaton Road
University Heights, OH 44118
Telephone: (216) 410-8739
Facsimile: (216) 823-0524
E-mail: rgknirsch@sessions.legal

*Attorney for Defendant,
Transworld Systems, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2${}^{nd}$ day of May, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Michigan and served via CM/ECF upon the following:

B. Thomas Golden
Golden Law Offices, P.C.
2186 West Main Street
P.O. Box 9
Lowell, MI 49331
Telephone: (616) 897-2900
Facsimile: (616) 897-2907
E-mail: btg@bthomasgolden.com
*Attorney for Plaintiff*

                                                            */s/ Robert G. Knirsch*
                                                            Robert G. Knirsch, Esq.